UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE:<br><br>EDWARD N. GOUIN,<br><br>               Debtor. | )<br>)<br>) Chapter 13<br>)<br>) Case No. 25-40648<br>)<br>) |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** that Michael Grant hereby appears on behalf of TD Bank, N.A., party in interest in the above-captioned Chapter 13 proceeding, pursuant to Fed. R. Bankr. P. 9010(b) and MLBR 9010-3, and hereby requests, pursuant to Fed. R. Bankr. P. 2002, that copies of all notices given or required to be given in this case, and all pleadings and papers served or required to be served in this case, be given and served upon the attorney listed as follows:

Michael T. Grant, Esq.
Duane Morris LLP
100 High Street, Suite 2400
Boston, MA 02110
Telephone: (857) 488-4218
Facsimile: (857) 401-3083
Email: mtgrant@duanemorris.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure and/or in the Local Rules of the United States Bankruptcy Court for the District of Massachusetts, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by

mail, hand delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the referenced case and proceedings therein.

| | |
|---|---|
| Dated: June 23, 2025 | Respectfully submitted, |
| | */s/ Michael T. Grant*  |
| | Michael T. Grant (BBO # 677983) |
| | DUANE MORRIS LLP |
| | 100 High Street, Suite 2400 |
| | Boston, MA 02110 |
| | Telephone: (857) 488-4218 |
| | Facsimile: (857) 401-3083 |
| | mtgrant@duanemorris.com |
| | |
| | *Attorneys for TD Bank, N.A.* |

## CERTIFICATE OF SERVICE

    I, Michael T. Grant, hereby certify that on this 23rd day of June 2025 that the foregoing Notice of Appearance and Request for Notice was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

*/s/ Michael T. Grant*

DM1\16764477.1