# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
## WORCESTER DIVISION

IN RE:

EDWARD N. GOUIN                      CASE NO. 25-40648
                                                                 CHAPTER 13

    Debtor.

## REQUEST FOR NOTICE

Please take notice that the firm of EVANS PETREE PC will represent the interests of TD Bank, N.A., successor in interest to TD Auto Finance LLC ("TD Bank") in the above-captioned case.

The undersigned requests that the name shown below be placed on the mailing matrix and that all notices in this matter be served upon counsel for TD Bank, as follows:

    Aaron J. Nash, Esq.
    EVANS PETREE PC
    9005 Overlook Blvd.
    Brentwood, TN 37027

                                                                 /s/ Aaron J. Nash
                                                                  Aaron J. Nash (TN 024631)
                                                                  EVANS PETREE PC
                                                                  Attorneys for TD Bank
                                                                  9005 Overlook Blvd.
                                                                  Brentwood, TN 37027
                                                                  (615) 567-0168 telephone
                                                                  (615) 349-3528 fax
                                                                  anash@evanspetree.com