United States Bankruptcy Court
District of Massachusetts

In re:     Case No. 25-40648-edk
Edward N. Gouin     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0101-4     User: admin     Page 1 of 2
Date Rcvd: Sep 03, 2025     Form ID: ntcdsm     Total Noticed: 17

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 05, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Edward N. Gouin, 100 Perry Street, Douglas, MA 01516-2423 |
| 21004015 | + | Aaron J. Nash, Esq., EVANS PETREE PC, 9005 Overlook Blvd, Brentwood, TN 37027-5269 |
| 21004016 | + | TD Bank, N.A., Aaron J. Nash, Esq., Evans Petree PC, 9005 Overlook Blvd., Brentwood, TN 37027-5269 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: EOL-EMT-EBN@mass.gov | Sep 03 2025 22:26:00 | CHIEF COUNSEL, LEGAL DEPARTMENT, DEPARTMENT OF UNEMPLOYMENT ASSISTANCE, COMMONWEALTH OF MASSACHUSETTS, 19 STANIFORD STREET,1ST FLOOR, Boston, MA 02114-2502 |
| smg | | EDI: MASSDOR | Sep 04 2025 02:24:00 | MASS DEPT OF REVENUE, BANKRUPTCY UNIT, P0 BOX 9564, Boston, MA 02114-9564 |
| cr | ^ | MEBN | Sep 03 2025 22:20:03 | Rushmore Servicing As Servicer For U.S. Bank Natio, c/o Friedman Vartolo LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| 21000423 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 03 2025 22:26:00 | Citizens Bank, 1 Citizens Drive, Riverside, RI 02915 |
| 21001484 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 03 2025 22:26:00 | Citizens Bank N.A., One Citizens Bank Way, Johnston, RI 02919 |
| 21000421 | + | EDI: CAPITALONE.COM | Sep 04 2025 02:24:00 | Capital One, P.O. Box 31293, Salt Lake City, UT 84131-0293 |
| 21000422 | + | EDI: CITICORP | Sep 04 2025 02:24:00 | Citibank, Post Office Box 6241, Sioux Falls, SD 57117-6241 |
| 21000424 | ^ | MEBN | Sep 03 2025 22:20:05 | Kubota Credit Corporation, 1000 Kubota Drive, Grapevine, TX 76051-2334 |
| 21005356 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 03 2025 22:30:13 | LVNV Funding, LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 21007108 | | EDI: MASSDOR | Sep 04 2025 02:24:00 | MASS DEPT OF REVENUE ATTN: BANKRUPTCY UNIT, PO BOX 7090, BOSTON, MA 02204-7090 |
| 21000425 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 03 2025 22:26:00 | Rushmore Loan Mgt Service, 15480 Laguna Canyon Road S, Irvine, CA 92618-2132 |
| 21000426 | + | EDI: SYNC | Sep 04 2025 02:24:00 | Synchrony Bank, P.O. Box 960061, Orlando, FL 32896-0061 |
| 21000428 | + | EDI: LCITDAUTO | Sep 04 2025 02:24:00 | TD Auto Finance, Post Office Box 9223, Farmington, MI 48333-9223 |
| 21015502 | + | Email/Text: nsm_bk_notices@mrcooper.com | | |

　　　　　　　　　　　　　　　　　　　　　　Sep 03 2025 22:26:00　　U.S. Bank National Association et. al, c/o Rushmore Servicing, P.O. Box 619096,, Dallas, TX 75261-9096

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 21000427 | *+ | Synchrony Bank, P.O. Box 960061, Orlando, FL 32896-0061 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 05, 2025　　　　　　　　　Signature:　　　/s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 3, 2025 at the address(es) listed below:

**Name**　　　　　　　　　　**Email Address**

David A. Mawhinney-Ch13
davidmawhinney@ch13worc.com

Kate Heidbrink
on behalf of Creditor Rushmore Servicing As Servicer For U.S. Bank National Association Not In Its Individual Capacity But Solely As Trustee For RMTP Trust Series 2021 BKM-TT-V bkecf@friedmanvartolo.com

Michael Grant
on behalf of Creditor TD Bank N.A. MTGrant@duanemorris.com, mmmilne@duanemorris.com

Richard King
USTPRegion01.WO.ECF@USDOJ.GOV

Troy D Morrison
on behalf of Debtor Edward N. Gouin tmorrison@morrisonlawpc.net morrisonlawpc@gmail.com;MorrisonTR39836@notify.bestcase.com

TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:   Edward N. Gouin<br>Debtor, | Chapter: 13<br>Case No: 25−40648<br>Judge Elizabeth D. Katz |

**NOTICE OF DISMISSAL**

You are hereby notified that an Order Dismissing the above **case** was entered on 8/19/25 .

Date:  9/3/25

By the Court,

Paula Fontaine
Deputy Clerk
413−785−6906

28